**MICHAEL L. MACKLOWITZ**
*Attorney at Law*

299 Broadway, Suite 1405, New York, N.Y. 10007

TELEPHONE (212) 227-6655
FAX NO: (212) 732-6972

**JEFFREY S. SHUPACK***
OF COUNSEL

*Admitted in N.Y. & N.J.*

June 11, 2008

Via Fax 212-805-7949

Honorable P. Kevin Castel
United States District Judge
United States district Court
Southern District o New York
500 Pearl Street, Room 2260
New York, NY 10007

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6-11-08]

**MEMO ENDORSED**   Re:   Ruso v. Morrison, *et al.*
08 CIV 3724 (PKC)

Dear Judge Castel:

My office represents the plaintiff, Yako Ruso in the above referenced matter. The Court has scheduled an initial conference for June 13, 2008 at 12:30 pm.

Plaintiff respectfully requests an adjournment of the initial conference for the following reasons.

There has been no Notice of Appearance or Answer filed by any of the defendants as of this date. Waiver of Service of Summons has been returned by Edward A. Morrison, Individually and on behalf of Edward A. Morrison, P.C., on May 12 and June 2, respectively. All other defendants are in the process of being served.

In light of the foregoing, it is respectfully requested that the initial conference be adjourned for sixty (60) days.

Very truly yours,

Michael L. Macklowitz

MLM:cf

[Handwritten endorsement: Application granted. Conference adjourned from June 13 to August 8 at 10:30 a.m. SO ORDERED. 7/1/08]