UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK        Attorney: MICHAEL L. MACKLOWITZ - 103

YAKO RUSO

Index # 08 CIV 3724

Plaintiff(s)

Date Filed:

- against -

EDWARD A MORRISON, ESQ. ET AL

Defendant(s)     **AFFIDAVIT OF SERVICE**

STATE OF NEVADA : COUNTY OF WASHOE ss:

THE UNDERSIGNED BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Reno NV . ON 6/10/08 AT 320 AM/PM AT 900 S. Meadow Parkway #5511 Reno NV 89502

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT AND AMENDED COMPLAINT
ON: PAUL HOLDER, THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** [X] By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [ ] A _____ corporation, delivering thereat a true copy of each to _____ personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be _____ thereof.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT AND AMENDED COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [X] A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| M | White | Gray | 70 YRS | 5'7" | 170 |

Other:

**# 8 WIT. FEES** [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** [X] Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of NV and was informed the defendant/respondent was not.

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-80542-2 · Expires January 28, 2012

Sworn to before me on this 18 day of June 2008

Server signature: Ronald Horder

Notary Public _____       Docket #: 560180

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK       Attorney: MICHAEL L. MACKLOWITZ - 103

YAKO RUSO                                                                                    Index # 08 CIV 3724

                                    - against -                       Plaintiff(s)           Date Filed:

EDWARD A MORRISON, ESQ. ET AL

                                                                      Defendant(s)   **AFFIDAVIT OF SERVICE**

STATE OF  NEVADA  : COUNTY OF  WASHOE  ss:

THE UNDERSIGNED BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Reno NV . ON 6/10/08 AT 3:20 AM/PM AT 900 S. Meadow Parkway #5511 Reno NV 89502

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT AND AMENDED COMPLAINT
ON: PAUL HOLDER, DIRECTOR OF OXFORD III, LLC, THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** [✓]  By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [ ]  A _____ corporation, delivering thereat a true copy of each to _____ personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be _____ thereof.

**#3 SUITABLE AGE PERSON** [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** [ ]  On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT AND AMENDED COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [✓]  A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| M | WHITE | GRAY | 70 YRS | 5' 7" | 170 |

Other:

**# 8 WIT. FEES** [ ]  $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** [✓]  Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of  NV  and was informed the defendant/respondent was not.

JOHNNO LAZETICH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 04-89542-2 - Expires January 28, 2012

Sworn to before me on this 10 day of June 2008    Server signature: Ronald Gordon

Notary Public _____    Docket #: 560181