# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

900 South Meadows Parkway #5511
Reno, NV 89521
August 5, 2008

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Fax No. 212-805-7949

Re: Ruso vs. Morrison, et al

Case No. 1:08-cv-3724

Dear Judge Castel:

I respectfully request an adjournment of the initial conference for the following reason: that I have not yet been able to retain an attorney and to properly update him in the matter.

In light of the foregoing, it is requested that the initial conference be adjourned for sixty days.

Very truly yours,

*Paul Holder*

Paul Holder
775-853-4930 phone
775-853-4921 fax

*[Handwritten endorsement:] Initial conference adjourned from August 8, 2008 at [illegible] to October 17, 2008 at 10:45 a.m. SO ORDERED. /s/ P. Kevin Castel USDJ 8-5-08*