UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

YAKO RUSO

      Plaintiff(s),

- against -

EDWARD A. MORRISON

      Defendant(s).

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-09

[3724]

08 Civ. 3724 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As a result of a Pre-Trial Conference held today, it is ORDERED as follows:

1. ~~By _____, 2009, the plaintiff(s) the defendant(s) the parties shall~~ CATHAY CONTINENTAL GROUP, LTD HAS NOT BEEN SERVED WITH PROCESS AND PURSUANT TO THE ORDER OF DECEMBER 4, 2008, IT IS DISMISSED WITHOUT PREJUDICE.

2. ~~By _____, 2009, the plaintiff(s) the defendant(s) the parties shall~~ DISCOVERY IS CLOSED {EXCEPT FOR CERTAIN OUTSTANDING DOCUMENT REQUESTS} AND THE DEPOSITION OF MR. MORRISON (AND MR. HOLDER) ALL OF WHICH SHALL BE COMPLETED BY ~~APRIL 30, 2009~~ [MAY 15, 2009]. THE DEPOSITION OF HOLDER MAY BE TAKEN TELEPHONICALLY OR BY WRITTEN QUESTIONS.

3. By _____, 2009, the plaintiff(s)  the defendant(s)  the parties  shall

_____

_____

_____

4. *(due)* Defendant's premotion conference letter on possible summary judgment motion due May 22; plaintiff's response ~~to~~ May 29. Page limit waived.

5.

6.

7.     The Next Conference [~~the Final Pretrial Conference~~] will be held on <u>JUNE 3</u>, 2009 at <u>11 AM</u>. It will serve as premotion conference
date

P. Kevin Castel
United States District Judge

Dated:  New York, New York
4-10-09